IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN BRYAN SHELTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. 7:13cv00470 |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | )     United States District Judge |
| | ) |
|    Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this day, the plaintiff's motion for summary judgment (Dkt. # 14) is **DENIED**, the Commissioner's motion for summary judgment (Dkt. # 16) is **GRANTED**, the magistrate judge's report and recommendation (Dkt. # 23) is **ADOPTED in its entirety**, the Commissioner's decision is **AFFIRMED**, and this matter is stricken from the active docket of the court.

Entered: March 20, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge